IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL CHARLES DeFRAIA, )
)
         Plaintiff, )
)
v. )     Civil Action No. 16-1862 (RC)
)
CENTRAL INTELLIGENCE AGENCY, )
)
         Defendant. )
)

## JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE

This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and pertains to two FOIA requests that Plaintiff submitted to the United States Central Intelligence Agency ("CIA"). The parties, by and through undersigned counsel, submit for the Court's consideration the following Joint Status Report and Proposed Briefing Schedule pursuant to the Court's minute order of November 30, 2016. A Proposed Order accompanies this filing.

## BACKGROUND

By correspondence dated December 9, 2014, Plaintiff submitted a FOIA request to Defendant seeking two general categories of records: (1) CIA contracts with certain individuals and a certain corporation, and (2) information relating to interactions between those individuals and CIA detainees. By correspondence dated May 22, 2015, Plaintiff submitted a separate FOIA request to Defendant seeking five separate categories of documents that are referenced in the Executive Summary of the U.S. Senate Select Committee on Intelligence Study of the CIA's Detention and Interrogation Program.

Plaintiff filed the Complaint in this action on September 19, 2016. Defendant answered the Complaint on November 30, 2016. The parties have subsequently been in contact in an effort to

reach an agreement regarding the production of records, and the parties have succeeded in refining certain categories of the requests that are the subject of this litigation.

The parties respectfully submit this Joint Status Report and Proposed Briefing Schedule to propose an agreed upon schedule for the processing of records responsive to Plaintiff's requests and to propose an agreed upon schedule for summary judgment briefing.

## **PROPOSED SCHEDULE FOR PROCESSING AND PRODUCTION**

As mentioned above, the December 9, 2014 Request seeks two general categories of records. With respect to the first category of records sought, the parties have agreed to refine the scope of the request as seeking contracts between (1) the CIA and (2) Bruce Jessen and/or James Mitchell and/or Mitchell Jessen & Associates from 2001-2009 that relate to the CIA's rendition, detention, and interrogation program. Moreover, the parties have agreed that Defendant's initial production of records responsive to this category will exclude the production of the following information, with the understanding that Plaintiff does not waive the right to seek copies of these records that may include some of the redacted information in the agency's subsequent record releases or in this action:

- Names and contact information of CIA personnel
- Personally identifying information of Mitchell and Jessen and employees of Mitchell & Jessen Associates (e.g., social security numbers, addresses, phone numbers, signatures)
- Classification markings and codenames for CIA programs
- Information concerning the CIA's information systems, methods of communication, and record systems
- Internal CIA administrative information concerning the coding and processing of the contracts
- Names of certain CIA component offices
- Locations of CIA facilities
- References to CIA regulations
- Specific days of the months when the contracts were signed

- Specific monetary amounts and hours of work designated, allocated, or requested for certain contractual activities
- Information concerning the CIA's foreign liaison relationships and activities in foreign countries
- Specific numbers of personnel needed to perform specific operational functions referenced in the contracts
- Information concerning CIA sources, methods, operational activity, and tradecraft
- Specific items and materials required for operational training of CIA personnel.

Based on this agreement, Defendant anticipates that it will be able to provide records responsive to this category by December 30, 2016.  After reviewing those records in their redacted form, Plaintiff reserves the right to request that CIA produce certain redacted material.  If Plaintiff exercises that right, CIA will need additional time to review that material and assert any applicable FOIA exemptions. Should that process result in the need to postpone the briefing schedule proposed below, the parties propose to notify the Court promptly and suggest alternative dates.

With respect to the second category of records sought in the December 9, 2014 Request, Plaintiff has agreed to provide a narrowing and refinement of that component of his FOIA request by January 9, 2017, in order to assist and facilitate Defendant providing a final response to this category of records by March 31, 2017.  In the event that Defendant determines that it requires additional time to satisfy that component of this FOIA request, the parties will inform the court as to any additional time that is required to complete the production as to that portion of the FOIA request at issue in this action.

With respect to the May 22, 2015 Request, the parties have agreed that the request will be processed as written. Defendant anticipates that it will be able to provide a final response to the May 22, 2015 Request by March 31, 2017.

**PROPOSED SCHEDULE FOR SUMMARY JUDGMENT BRIEFING**

Based on the foregoing proposed production schedule, the parties respectfully propose the following briefing schedule: CIA's motion for summary judgment will be due on or before May 22, 2017; Plaintiff's opposition and cross motion for summary judgment will be due on or before July 3, 2017; CIA's reply and opposition to Plaintiff's motion will be due on or before July 28, 2017; Plaintiff's reply will be due on or before August 21, 2017.

Respectfully submitted,

| | |
|---|---|
| *FOR THE PLAINTIFF*: | *FOR THE DEFENDANTS*: |
| /s/ C. Peter Sorenson | BENJAMIN C. MIZER |
| C. Peter Sorenson | Principal Deputy Assistant Attorney General |
| (D.C. Bar No. 438089) | |
| Sorenson Law Office | ELIZABETH J. SHAPIRO (418925) |
| PO Box 10836 | Deputy Branch Director |
| Eugene, OR 97440 | |
| petesorenson@gmail.com | |
| Tel.   (541) 606-9173 | /s/ Stephen J. Buckingham |
| | STEPHEN J. BUCKINGHAM (MD Bar) |
| /s/ Daniel J. Stotter | Special Counsel |
| Daniel J. Stotter, #WI0015 | U.S. Department of Justice, Civil Division |
| Stotter & Assocs. LLC | P.O. Box 883 Ben Franklin Station |
| 408 SW Monroe, Ste. M210E | Washington, D.C.   20530 |
| Corvallis, OR 97333 | Tel.   (202) 514-3330 / Fax   (202) 616-8470 |
| Tel.   (541) 738 2601 | Stephen.Buckingham@usdoj.gov |
| dstotter@qwestoffice.net | |

Dated: December 14, 2016