UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DANIEL CHARLES DeFRAIA | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 16-1862 (RC) |
| CENTRAL INTELLIGENCE AGENCY, | ) ) ) ) |
| Defendant. | ) ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Fed R. Civ. P. 6 (b)(1)(A), Plaintiff, Daniel Charles DeFraia, by and through undersigned counsel, respectfully moves the court for an eleven day enlargement of time until March 6, 2017 to file Plaintiff's Opposition to Defendant's Motion to Extend Briefing Schedule [Dkt 8].

Plaintiff's Opposition is currently due February 23, 2017. In support of this motion, plaintiff states as follows:

Plaintiff's counsel needs to confer with Plaintiff regarding matters raised in Defendant's motion; and Plaintiff's Counsel has personal and professional obligations that prevent a response in the normal 14 day period.

Pursuant to Local Rule 7(m) the undersigned counsel conferred with defense counsel concerning this motion and defendant does not oppose this motion.

Wherefore, Plaintiff respectfully requests the court grant this motion. A proposed order is attached.

Respectfully submitted,

\_\_\_\_\_/s/_____
C. Peter Sorenson (D.C. Bar Number 438089)
Sorenson Law Office
PO Box 10836
Eugene, Oregon 97440
petesorenson@gmail.com
(541)606-9173
Lead Attorney for Plaintiff

Daniel J. Stotter (WI0015)
Stotter & Associates LLC
408 SW Monroe Ste. M210E
Corvallis, Oregon 97333
(541)738-2601
dstotter@qwestoffice.net
Attorney for Plaintiff