# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| DANIEL CHARLES DeFRAIA, | : | | |
| Plaintiff, | : | Civil Action No.: | 16-1862 (RC) |
| v. | : | Re Document No.: | 8 |
| CENTRAL INTELLIGENCE AGENCY, | : | | |
| Defendant. | : | | |

## ORDER

### DENYING DEFENDANT'S MOTION TO EXTEND BRIEFING SCHEDULE

Defendant's motion to extend the briefing schedule (ECF No. 8) is **DENIED WITHOUT PREJUDICE**. It is hereby **ORDERED** that:

As to the first portion of the 2014 Request and the entirety of the 2015 Request, the parties shall proceed with summary judgment briefing on the schedule set forth in this Court's Minute Order of December 14, 2016;

As to the second portion of the 2014 Request, Defendant shall renew its motion to extend the briefing schedule on or before **March 31, 2017**. Defendant's renewed motion shall include a declaration detailing the facts on which the request for additional time is based.

**SO ORDERED**.

Dated: March 10, 2017                      RUDOLPH CONTRERAS
                                                            United States District Judge