UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL CHARLES DeFRAIA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 16-1862 (RC) |
| CENTRAL INTELLIGENCE AGENCY, | ) |
| Defendant. | ) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S RENEWED MOTION TO EXTEND BRIEFING SCHEDULE**

Plaintiff, Daniel Charles DeFraia, pursuant to Federal Rule of Civil Procedure 56(b)(1), respectfully opposes Defendant's Renewed Motion to Extend Briefing Schedule [Dkt. 12] in the above captioned case. This opposition is supported by the Declaration of Daniel Charles DeFraia, [Dkt. 10-1] previously filed. A proposed order is attached.

Respectfully submitted this 14th day of April, 2017.

Daniel J. Stotter (WI0015)
STOTTER & ASSOCIATES, LLC
408 SW Monroe Ave., Ste. M210E
Corvallis, Oregon 97333
(541) 738-2601
dstotter@qwestoffice.net
Attorney for Plaintiff

_____/s/_____
C. Peter Sorenson (D.C. Bar Number 438089)
Sorenson Law Office
PO Box 10836
Eugene, Oregon 97440
541-606-9173
petesorenson@gmail.com
Attorney for Plaintiff