# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DANIEL CHARLES DeFRAIA,                     :
                                            :
      Plaintiff,                            :        Civil Action No.:    16-1862 (RC)
                                            :
      v.                                    :        Re Document No.:    12
                                            :
CENTRAL INTELLIGENCE AGENCY,                :
                                            :
      Defendant.                            :

# ORDER

### GRANTING DEFENDANT'S MOTION TO MODIFY BRIEFING SCHEDULE

This Court and the parties have previously separated the FOIA requests at issue here into two separate groups with distinct briefing schedules. As to the first portion of the 2014 Request and the entirety of the 2015 Request, the briefing schedule remains set as described in this Court's Minute Order of December 14, 2016.[1]

As to the second portion of the 2014 Request, Defendant's renewed motion to extend the briefing schedule (ECF No. 12) is **GRANTED**. Defendant has justified its need for additional time by demonstrating that the search and review of documents at issue—which are replete with highly classified material—is burdensome, complex and sensitive. Defendant's renewed motion for summary judgment is detailed and establishes that the additional time it requests is reasonable. Although Plaintiff opposed Defendant's renewed motion (ECF No. 13), his opposition is minimal and conclusory, relies solely on Plaintiff's previously submitted declaration, and does not respond to Defendant's detailed explanation.

---

[1] Concerning those requests: Defendant's motion for summary judgment shall be filed on or before May 22, 2017; Plaintiff's opposition and cross motion for summary judgment shall be filed on or before July 3, 2017; Defendant's reply and opposition shall be filed on or before July 28, 2017; and Plaintiff's reply shall be filed on or before August 21, 2017.

It is hereby **ORDERED** that Defendant shall provide Plaintiff with a final response to the second portion of the 2014 Request on or before **September 29, 2017**. It is **FURTHER ORDERED** that, as to the second portion of the 2014 Request, Defendant's motion for summary judgment shall be filed on or before **October 27, 2017**; Plaintiff's opposition and cross motion for summary judgment shall be filed on or before **November 27, 2017**; Defendant's reply and opposition shall be filed on or before **December 11, 2017**; and Plaintiff's reply shall be filed on or before **December 29, 2017**.

**SO ORDERED**.

Dated:  May 8, 2017                                               RUDOLPH CONTRERAS
                                                                 United States District Judge