# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL CHARLES DeFRAIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 16-1862 (RC) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ERRATA

In submitting the declaration in support of defendant U.S. Central Intelligence Agency's Motion for Partial Summary Judgment, *see* ECF No. 15-2, defendant mistakenly failed to include copies of certain correspondence referenced in the declaration. A corrected version of that exhibit, which includes copies of the referenced correspondence, is attached hereto as Exhibit 1.

Dated: June 12, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*Stephen J. Buckingham*
STEPHEN J. BUCKINGHAM
Special Counsel (Maryland Bar)
U.S. Department of Justice, Civil Division
Federal Programs Branch
Tel: (202) 514-3330
Fax: (202) 616-8470
Email: Stephen.Buckingham@usdoj.gov
P.O. Box 883 Ben Franklin Station
Washington, DC 20044

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on June 12, 2017, I caused a copy of this Errata and the attachment thereto to be filed electronically and that these documents are available for viewing and downloading from the ECF system.   Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Stephen J. Buckingham*
STEPHEN J. BUCKINGHAM